IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, IOWA, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA, *ex rel.* HISHAM ELZAYAT, M.D., | **FILED UNDER SEAL** <br> CIVIL ACTION NO. 21-2987 |
| Plaintiffs/Relator, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA LLC, and PHILIPS RS NORTH AMERICA LLC, | |
| Defendants. | |

## ORDER

AND NOW, this 18th day of June, 2025, on consideration of the United States' Motion to Lift Seal and Continue Stay of Proceedings, it is **ORDERED** that the motion is **GRANTED**.

1. The relator's Complaint in this matter shall be **UNSEALED**;

2. This Order shall be **UNSEALED**;

3. All other contents of the Court's file in this action shall remain **UNDER SEAL** at this time; and

4. This action shall remain **STAYED** until August 11, 2025, unless the United States seeks an Order from this Court lifting the stay prior to that date.

BY THE COURT:

_____  6/18/25
HONORABLE PAUL S. DIAMOND
*Judge, United States District Court*